IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-282-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENNIE JOSEPH DUNLAP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for a preliminary examination on the government's motion for revocation of Defendant's supervised release and, if necessary, a hearing on the government's motion to detain Defendant pursuant to 18 U.S.C. § 3142(f).

The government presented the testimony of United States Probation Officer Arthur B. Campbell. Defendant was represented by counsel and did not contest the probable cause showing of the government. Accordingly, the court finds that the credible information presented establishes probable cause to support the government's motion for revocation of Defendant's supervised release.

As for detention, Defendant stated to the court through his attorney his intention to waive the detention hearing in this matter. Defendant and his counsel executed the requisite paperwork memorializing Defendant's desire to waive the detention hearing in this case. After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived his right to the detention hearing knowingly and voluntarily and the court accepts Defendant's waiver of his right to the detention hearing. Accordingly, there is no condition, or combination of conditions, that can be imposed which would reasonably assure Defendant's appearance and/or the safety of another person or the community.

Defendant is therefore committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States marshal for a court appearance.

SO ORDERED, the 20th day of November 2014.

Robert B. Jones Jr.,
United States Magistrate Judge

2